### CARGILL POWER MARKETS, LLC, et al., Petitioners

v.

### FEDERAL ENERGY REGULATORY COMMISSION, Respondent

**Midwest Independent Transmission System Operator, Inc., et al., Intervenors.**

No. 06–1084.

United States Court of Appeals, District of Columbia Circuit.

Nov. 14, 2007.

Floyd Ligon Norton, IV, Joseph Charles Hall, Jason Brent Tompkins, Morgan, Lewis & Bockius, LLP, Washington, DC, Shawn Patrick Leyden, Newark, NJ, for Petitioners.

Robert Harris Solomon, John Stewart Moot, Carol Jayne Banta, Federal Energy Regulatory Commission, Washington, DC, for Respondent.

Stephen L. Teichler, Duane Morris, LLP, Washington, DC, Stephen Gerard

Kozey, Midwest Independent Transmission System Operator, Inc., Carmel, IN, for Midwest Independent Transmission System Operator, Inc.

Brian Michael Meloy, James J. Bertrand, Leonard, Street & Deinard, Minneapolis, MN, Split Rock Energy, LLC.

Douglas F. John, John & Hengerer, Washington, DC, for American Transmission Company, LLC, International Transmission Company and Michigan Electric Transmission Company, LLC.

Michael Edwin Small, Amanda Marie Riggs, Wright & Talisman, Washington, DC, for Midwest ISO Transmission Owners.

Before: HENDERSON and TATEL, Circuit Judges, and WILLIAMS, Senior Circuit Judge.

### *JUDGMENT*

This petition was considered on the record from the Federal Energy Regulatory Commission and on the briefs and arguments of the parties. It is

**ORDERED and ADJUDGED** that the petition for review be denied.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. R. 41.